ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

J.E. McAMIS, INC., )
Plaintiff, ) No. 04-1248C
vs. )
THE UNITED STATES, )
Defendant. )

FILED
AUG 3 2004
U.S. COURT OF FEDERAL CLAIMS

**COMPLAINT**

1. This court has jurisdiction pursuant to the Contract Disputes Act, 41 U.S.C. Section 601, et. seq. and 28 U.S.C. Section 1491(a)(2).

2. Plaintiff is a California Corporation with its principal place of business in Chico, California.

3. On or about February 24,2000 the United States, by and through the U.S. Army Corps of Engineers, awarded Contract No. DACW05-00-C-0020 to plaintiff. The contract was known as Riverbed Gradient Facility at the Glenn-Colusa Irrigation District Intake, Scaramento River Mile 208, Butte and Tehama Counties, CA.

4. The contract was a unit price contract and the estimated contract amount at the time of award was $9,794,798. With modifications, the contract price increased to

$13,409,409.63.

5. The contract work consisted of the construction of a Riverbed Gradient Facility at the Glenn-Coulusa Irrigation District Intake, Sacramento River Mile 208, Butte and Tehama Counties, CA. More specifically the contract called for the construction of a 1,000 LF riprap and sheet pile, riverbed gradient facility and associated bank protection for the Sacramento River.

6. The contract set out the haul roads that would be available, and thus warranted that the roads would be available.

7. The owners of those roads made them unavailable to the contractor.

8. The plaintiff made a certified claim to the Corps relating to the road restrictions imposed after contract award.

9. The Corps denied the claim in toto by its Contracting Officer's Decision dated August 28, 2003.

10. The plaintiff claims $281,542.75 plus interest pursuant to the CDA, plus attorney fees and cost pursuant to the Equal Access to Justice Act.

11. Prior to filing this complaint, the plaintiff, without assistance of counsel, attempted to file an appeal of the contracting officer's decision to the Armed Services Board of

Contract Appeals. The Board questioned jurisdiction of the Appeal on its own motion and the Board has yet to rule on that issue.

**WHEREFORE,** plaintiff prays for a judgment in the amount of $281,542.75 plus interest, pursuant to the CDA, until paid plus costs and attorney fees incurred herein.

DATED this 29 day of July, 2004.

Joseph A. Yazbeck, Jr.
YAZBECK, CLORAN & HANSON, LLC
1300 SW 5th Av.
Suite 2750
Portland, Oregon 97201
(503) 227-1428
Attorney of Record for Plaintiff