IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| J.E. McAmis, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1248C |
| v. | ) | (Judge Horn) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Lindsay Williams as Trial Attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Lindsay Williams
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street NW

Dated: August 30, 2004

s/ Lindsay Williams
LINDSAY WILLIAMS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 353-7995
Fax: (202) 514-8624

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 30th of August 2004 I caused to serve electronically, copies of "NOTICE OF APPEARANCE" addressed as follows:

Joseph A. Yazbeck, Jr.
YAZBECK, CLORAN & HANSON, LLC

s/Lindsay Williams