IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| J.E. MCAMIS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1248C (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 45-day enlargement of time, to and including November 19, 2004, within which to file its response to the complaint. Our response is currently due on October 4, 2004. This is defendant's first request for an enlargement of time for this purpose. The plaintiff, through counsel, has been contacted by telephone regarding this request and does not oppose this motion.

The enlargement is requested because the undersigned counsel of record for defendant has not yet received a litigation report from the interested agency, the United States Army Corps of Engineers, as required by 28 U.S.C. § 520. This is partly due to the undersigned and agency counsel's belief that plaintiff's counsel was going to voluntarily dismiss the case without prejudice due to the Armed Services Board for Contract Appeals decision, issued on August 30, 2004, taking jurisdiction over the

case. Plaintiff's counsel recently notified the undersigned that this was not the case. As such, agency counsel will work diligently to complete the litigation report and will provide it to the undersigned as soon as possible.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.

s/ Lindsay Williams
LINDSAY WILLIAMS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 353-7995
Fax: (202) 514-8624

September 30, 2004

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 30th of September, 2004 I caused to serve electronically, copies of "NOTICE OF APPEARANCE" addressed as follows:

Joseph A. Yazbeck, Jr.
YAZBECK, CLORAN & HANSON, LLC

s/Lindsay Williams