# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * *

**J. E. MCAMIS , INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * *

**No. 04-1248C**
**Filed: October 5, 2004**

**O R D E R**

Unfortunately, an enlargement of time was granted automatically by the clerk's office in the above captioned case on October 1, 2004. However, because of information contained in the defendant's motion for extension of time, the court **ORDERS** a status conference to be held on **Tuesday, November 2, 2004 at 2:30 p.m. EDT.** Unless otherwise notified, the court will contact the plaintiff's counsel at 503-227-1428 and the defendant's counsel will appear in person at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom number will be posted on the day of the hearing. All parties should be prepared to discuss fully any jurisdictional issues and all other aspects of this case.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**