IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| J.E. McAMIS, INC., | ) | No. |
| Plaintiff, | ) | (104-cv-01248) |
| vs. | ) | JUDGE HORN |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Based upon the ASBCA's finding of jurisdiction and the agency counsel's representation that the ASBCA's jurisdictional decision will not be appealed, plaintiff moves to dismiss this action without prejudice and without cost or fees to any party.

DATED this 12 day of November, 2004.

"s/Joseph A. Yazbeck, Jr."

Joseph A. Yazbeck, Jr.
YAZBECK, CLORAN & HANSON, LLC
1300 SW 5th Av.
Suite 2750
Portland, Oregon 97201
(503) 227-1428
Attorney of Record for Plaintiff