# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * *

**J. E. MCAMIS , INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * *

**No. 04-1248C**
**Filed: November 12, 2004**

## O R D E R

The court is in receipt of the plaintiff's notice of dismissal without prejudice, filed on November 12, 2004. The plaintiff states in its notice of dismissal that it intends to proceed with a related case filed in the Armed Services Board of Contract Appeals (ASBCA). The plaintiff's decision to proceed in the ASBCA is based upon the ASBCA's ruling that it holds jurisdiction to hear plaintiff's complaint. See In re J.E. McAmis, Inc., ASBCA No. 54,455 - 54,457, 2004 WL 1946159 (Aug. 26, 2004). The complaint filed in the ASBCA addresses the same issues as those presented in this case. Therefore, the plaintiff's case is **DISMISSED WITHOUT PREJUDICE** and without costs or fees to either party. The clerk of the court shall enter judgment in accordance with this order.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**